Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Dewayne Anthony Davis |
| **Docket Number:** | 1:03CR05045-001-OWW |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/27/2003 |
| **Original Offense:** | Counts 1 - 4:  18 USC 2113(a), Bank Robbery<br>(CLASS  C FELONIES) |
| **Original Sentence:** | 63 months custody of the Bureau of Prisons, $11,037 restitution, $400 special assessment |
| **Special Conditions:** | Search, financial conditions, drug and alcohol counseling, mental health treatment, co-payment |
| **Type of Supervision:** | 3 years supervised release |
| **Supervision Commenced:** | 10/26/2007 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice          **Telephone:** 559-497-4031 |
| **Defense Attorney:** | Melody Walcott             **Telephone:** 559-487-5561 |
| **Other Court Action:** | None |

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE: **DEWAYNE ANTHONY DAVIS**
 **Docket Number: 1:03CR05045-001-OWW**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer pursuant to 18 USC 3583(d).

**Justification:** The defendant is currently being supervised in the Central District of California and enrolled in substance abuse counseling. The original judgement and commitment order limits random drug and alcohol testing to no more than three times per month. Based on the defendant's prior drug and alcohol abuse, the supervising probation officer is of the opinion that increased testing is needed to effectively monitor the defendant's readjustment to the community and insure compliance with court orders. The defendant has agreed to the additional condition and signed a Waiver of Hearing to Modify Conditions.

Respectfully submitted,

/s/ Laurie E. McAnulty

**LAURIE E. MCANULTY**
Senior United States Probation Officer
Telephone: 559-499-5700

**DATED:**   January 16, 2008
   Fresno, California


**REVIEWED BY:**   /s/ James E. Herbert
   **James E. Herbert**
   **Supervising United States Probation Officer**

RE:   **DEWAYNE ANTHONY DAVIS**
      **Docket Number:  1:03CR05045-001-OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


IT IS SO ORDERED.

Dated:   **January 22, 2008**                         /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE