UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEWAYNE ANTHONY DAVIS,<br><br>Defendant. | No. 1:03-cr-05045-DAD<br><br>ORDER DIRECTING CLERK TO DISBURSE MONIES FROM UNCLAIMED FUNDS ACCOUNT |

On November 10, 2003, the court entered an amended judgment and commitment as to defendant Dewayne Anthony Davis, which included an order that defendant make restitution to payees Citibank, Union Bank and California Federal Bank. (Doc. No. 16 at 5.) One or more of the victims named in this order contacted the court's financial department to provide their updated address. The Clerk of the Court is hereby directed to disburse monies held in the court's unclaimed funds account to the victim(s) at the updated address now on file with the court's financial department.

IT IS SO ORDERED.

Dated: **March 13, 2019**

UNITED STATES DISTRICT JUDGE

1